UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-CV-21173

JENNIFER WILLIS,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

**COMPLAINT FOR DAMAGES**
**AND DEMAND FOR JURY TRIAL**

Plaintiff, JENNIFER WILLIS, by and through undersigned counsel, hereby sues Defendant, NCL (BAHAMAS) LTD. ("NCL"), for damages and alleges:

**PRELIMINARY ALLEGATIONS**

1. This is an action for personal injuries under general maritime law seeking damages in excess of $75,000.00 (Seventy-Five Thousand Dollars), exclusive of costs, attorneys' fees and interest and is otherwise within the jurisdiction of this Court.

2. At all material times, Plaintiff JENNIFER WILLIS was and is a resident of Ohio.

3. At all material times, Defendant NCL was and is a for profit corporation with its worldwide headquarters, principal address and principal place of business at 7665 Corporate Center Drive, Miami, FL 33126.

4. At all material times, Defendant NCL is a common carrier engaged in the business of marketing, selling and operating a cruise line out of various ports within the continental United States, including the Port of Miami. Defendant NCL derives substantial revenues from cruises originating and terminating in various ports in the State of Florida, including the Port of Miami.

5. At all material times, Defendant, personally or through an agent:

   a. Operated, conducted, engaged in or carried on a business venture in this state and/or county or had an office or agency in this state and/or county;

   b. Was engaged in substantial activity within this state;

   c. Operated vessels in the waters of this state;

   d. Committed one or more of the acts stated in Florida Statutes §§ 48.081, 48.181 or 48.193;

   e. The acts of Defendant set out in this Complaint occurred in whole or in part in this county and/or state.

6. Defendant is subject to the jurisdiction of the courts of this state.

7. This action is being pursued in this Court, as opposed to state court as otherwise allowed by the Savings to Suitors Clause under 28 U.S.C. § 1333 because Defendant NCL unilaterally inserts a forum selection clause into its cruise ticket contract that requires its passengers file cruise-related suits only in this federal district and division, as opposed to any other place in the world.

8. The causes of action asserted in this Complaint arise under the General Maritime Law of the United States.

## GENERAL ALLEGATIONS

9. At all material times, Defendant owned, operated, managed, maintained and/or controlled the vessel, the *Norwegian Breakaway*.

10. At all material times, Defendant had exclusive custody and control of the vessel, the *Norwegian Breakaway.*

11. NCL invited the general public, including the Plaintiff, JENNIFER WILLIS, to become passengers of the vessel *Norwegian Breakaway* in exchange for a monetary charge.

12. On or about June 20, 2017, the Plaintiff, Jennifer Willis, was a fare paying passenger and lawfully aboard the *Norwegian Breakaway*.

13.   NCL made available and invited its passengers, including the Plaintiff JENNIFER WILLIS, to participate in the Aqua Park amenities.

14.   Upon information and belief, there have been prior incidents aboard NCL's cruise ships where passengers have been injured on the waterslides.

15.   On June 20, 2017, the Plaintiff, JENNIFER WILLIS, sat in the waterslide aboard the *Norwegian Breakaway*, and her foot slid on the slide's surface resulting in a right ankle fracture and surgery.

## COUNT I: NEGLIGENCE

The Plaintiff realleges, adopts, and incorporates by reference the allegations in paragraphs one (1) through fifteen (15) as though alleged originally herein.

16.   At all material times, Defendant NCL through its employees, servants, agents, and/or representatives acting within the course and scope of their employment, owed a duty to exercise reasonable care under the circumstances to its passengers, including Plaintiff JENNIER WILLIS.

17.   On or about June 20, 2017, Defendant NCL, through its employees, servants, agents and/or representatives acting within the course and scope of their employment, breached their duty to exercise reasonable care under the circumstances, and were negligent by committing the following acts or omissions including, but not limited to:

   a. Failure to have an adequate number of crew supervising passenger activity in the Waterslide Area;

   b. Failure to promulgate and/or enforce adequate rules and procedures for the reasonably safe usage by passenger participants of the Aqua Park waterslides;

   c. Failure to promulgate and/or enforce adequate rules and procedures to reduce passenger-participant injuries in the Aqua Park waterslides;

   d. Failure to station crewmembers or lookouts along the ride to ensure the reasonably safe operation of the Aqua Park waterslides;

    e. Failure to adequately monitor and control passenger activity and attire in the Aqua Park waterslides;

    f. Failure to develop, promulgate, maintain and/or follow proper safety policies, procedures and protocols to ensure the reasonably safe use of the Aqua Park waterslides;

    g. Failing to provide adequate supervision to employees/agents who operated the Aqua Park waterslides when Defendant knew, or should have known, that improper, negligent, careless, incompetent, incapable, and/or recklessly given instructions would likely result in serious injury to the rider;

    h. Failure to properly and adequately instruct, train and supervise employees and/or agents to ensure the reasonably safe operation of the Aqua Park waterslides;

    i. Failure to adequately warn Plaintiff and other passengers of the danger of getting in the Aqua Park waterslides and what to do if a problem should arise;

    j. Failure to provide timely and/or adequate assistance to the Plaintiff while on the waterslide;

    k. Failure to respond adequately to prior similar incidents and take corrective measures to prevent the reoccurrence of the problem(s);

    l. Failure to warn Plaintiff and other passengers of prior similar incidents; and/or

    m. Failure to warn Plaintiff of the high frequency of incidents in which passenger-participants have become injured in the Defendant's shipboard waterslides.

18. At all material times, Defendant knew of the foregoing conditions causing Plaintiff's incident and did not correct them, or the conditions existed for a sufficient length of time so that Defendant in the exercise of reasonable care should have learned of them and corrected them.

19. At all material times, Defendant NCL willfully and recklessly disregarded the safety of its passengers, including the Plaintiff, JENNIFER WILLIS, while travelling aboard the *Norwegian Breakaway*. Specifically, there have been prior similar incidents, such that NCL's refusal to remedy the dangerous condition amounts to a reckless disregard for the safety of its passengers.

20. As a direct and proximate result of the above described negligence and recklessness by Defendant NCL, JENNIFER WILLIS was injured about Plaintiff's body and extremities, suffered

physical pain, mental anguish, loss of enjoyment of life, disability, disfigurement, aggravation of any previously existing conditions therefrom, incurred medical expenses in the care and treatment of injuries and suffered physical handicap. The injuries are permanent or continuing in nature, and Plaintiff will suffer the losses and impairments in the future. In addition, Plaintiff lost the benefit of the vacation, cruise, and transportation cost.

**WHEREFORE,** Plaintiff, JENNIFER WILLIS, demands judgment against Defendant NCL for all damages entitled by law, including punitive damages, and demands a jury trial of all issues so triable.

Dated: March 28, 2018

Respectfully submitted,

LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
*Attorneys for Plaintiff*
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsímile No.: (305) 373-6204

By: /s/ Adria Notari
**ADRIA G. NOTARI**
Florida Bar. No. 87272
anotari@lipcon.com
**MICHAEL A. WINKLEMAN**
Florida Bar. No. 36719
mwinkleman@lipcon.com